**No. 09-10717. John J. Tauro, Petitioner v. Allegheny County, Pennsylvania, et al.**

562 U.S. 850, 131 S. Ct. 101, 178 L. Ed. 2d 63, 2010 U.S. LEXIS 6194.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 371 Fed. Appx. 345.